USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

        Plaintiff,

  -against-

HUDSON EXCESS INSURANCE COMPANY, et al.,

        Defendants.

24-CV-1523 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, Judge Moses will conduct a continued status conference on **September 17, 2024, at 11:00 a.m.** No later than **September 10, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       August 19, 2024

                  **SO ORDERED**.

                  _____
                  **BARBARA MOSES**
                  **United States Magistrate Judge**