```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

        Plaintiff,

  -against-

HUDSON EXCESS INSURANCE COMPANY, et al.,

        Defendants.

---

24-CV-1523 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

At today's status conference, the parties advised the Court that up to three summary judgment motions may be filed in this matter after the completion of discovery on October 8, 2024. Consequently, the parties must meet and confer in good faith regarding the sequencing and scheduling of summary judgment briefs. No later than **October 18, 2024**, the parties must submit a letter to the Hon. Dale E. Ho, United States District Judge, either proposing a briefing schedule, or, if the parties cannot agree, requesting a briefing schedule from the Court.

Dated: New York, New York
       September 17, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**