**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,<br><br>                    Plaintiff,<br><br>    -against-<br><br>HUDSON EXCESS INSURANCE COMPANY and STEADFAST INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 1:24-cv-01523-DEH-BCM<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Lisa Szczepanski dated December 13, 2024, and Exhibits attached thereto, Declaration of Nicholas J. Prevete dated December 11, 2024, and Exhibits attached thereto, Statement of Material Facts Pursuant to Local Civil Rule 56.1, Memorandum of Law, and the pleadings and prior proceedings had herein, the undersigned, on behalf of Plaintiff, The Travelers Indemnity Company of Connecticut ("Travelers"), will move before the Honorable Dale E. Ho, United States District Judge, at the United States Courthouse located at 40 Foley Square, New York, New York, for an Order, pursuant to Federal Rule of Civil Procedure 56:

(1) Declaring that (a) Defendant, Hudson Excess Insurance Company ("Hudson"), has a duty to defend Notias Construction, Inc. ("Notias") in an underlying personal injury action, *Anabel Rebollar v. Hope East of Fifth Housing Development Fund Company, et al.*, pending in the Supreme Court of the State of New York, County of New York, Index No. 151176/2021 (the "Underlying Action"); (b) Hudson's coverage obligations to Notias with respect to the Underlying Action are primary; and (c) Travelers' coverage obligations are excess to those of Hudson with respect to the Underlying Action;

(2) Declaring that (a) Defendant, Steadfast Insurance Company ("Steadfast"), has a duty to defend Notias in connection with the Underlying Action; (b) Steadfast's coverage obligations to Notias with respect to the Underlying Action are primary; and (c) Travelers' coverage obligations are excess to those of Steadfast with respect to the Underlying Action;

1

(3) Granting an award in favor of Travelers against Hudson and Steadfast for all sums Travelers has paid in defending Notias in the Underlying Action, plus interest;

(4) Scheduling an inquest on damages; and

(5) Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant the briefing schedule so ordered on October 21, 2024 (ECF No. 35), any papers in opposition to this Motion shall be filed no later than January 10, 2025.


Dated: New York, New York
December 13, 2024

USERY & ASSOCIATES


 /s/Lisa Szczepanski
By:    Lisa Szczepanski
*Attorneys for The Travelers Indemnity Company of Connecticut*
Mailing Address:
P.O. Box 2996
Hartford, CT 06104
T. (917) 778-6680
F. (844) 571-3789
E. lszczepa@travelers.com

2